**Form oapv13fa**

# United States Bankruptcy Court
## Eastern District of Louisiana

*In Re:*
Antonia V. Higginbotham

Case Number: 18−11418

*Debtor(s)*

Chapter: 7   Section B

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND DISCHARGING TRUSTEE

### CONVERTED

    Pursuant to hearing scheduled on June 5, 2019 , it appearing to the Court that S. J. Beaulieu, Jr., Trustee in said case, has made distribution of all funds coming into his hands as required by order of this Court and has rendered a full and complete accounting thereof, and that said Trustee has performed all other and further duties required of him in the administration of said estate;

    IT IS ORDERED, that the accounts of S. J. Beaulieu, Jr., Trustee, be and they hereby are APPROVED and ALLOWED; that said estate be, and it hereby is CLOSED; that S.J. Beaulieu, Jr. be discharged and relieved of his trust; and that the bond of the said Trustee be cancelled and his surety or sureties thereon released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

New Orleans, Louisiana, June 5, 2019.

*J. A. Brown*

United States Bankruptcy Judge